IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Sayles II, George E | Case Number: 07 B 10397 |
| | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | Filed: 6/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nella E Mariani PC | Administrative | 3,500.00 | 0.00 |
| 2. | Drive Financial Services | Secured | 15,089.00 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 4,762.33 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 36.50 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 112.24 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 64.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 70.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 76.80 | 0.00 |
| 9. | NDC Check Services | Unsecured | 202.50 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 88.00 | 0.00 |
| 11. | Drive Financial Services | Unsecured | 28.30 | 0.00 |
| 12. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 13. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 14. | University of Chicago | Unsecured | | No Claim Filed |
| 15. | Eloise Austin | Unsecured | | No Claim Filed |
| 16. | Citibank | Unsecured | | No Claim Filed |
| 17. | Global Payments | Unsecured | | No Claim Filed |
| 18. | US Cellular | Unsecured | | No Claim Filed |
| 19. | Enterprise | Unsecured | | No Claim Filed |
| | | | $ 24,029.67 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sayles II, George E | Case Number:  07 B 10397 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/19/07 | Filed:  6/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

